United States District Court
Southern District of Texas
**ENTERED**
August 28, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:23-MJ-00639-001 |
| | § | |
| DAIKIEL PERDOMO-CASTRO | § | |

## <u>MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL</u>

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant is a citizen of Cuba with no status to be in the United States lawfully. He has been ordered removed from the United States previously by the United States Immigration authorities. An immigration detainer has been filed against this defendant. The defendant has criminal convictions for a felony offenses and an active felony warrant for his arrest. Additionally, the defendant has previously had a term of felony probation revoked. The defendant has not presented a suitable release plan and his personally information has not been verified. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his

1 / 2

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on August 28, 2023.

Jason B. Libby
United States Magistrate Judge